USDC SCAN INDEX SHEET










```
KSR    6/25/03    14:35
3:01-CV-01800    WESTBOURNE INTL INC V. ARROWHEAD GENERAL
*217*
*MLIM.*
```

```
 1  WESTON & McELVAIN LLP
    Randy M. McElvain, (SBN 137046)
 2  Richard C. Rey II, (SBN 193212)
    888 West Sixth Street, 15th Floor
 3  Los Angeles, California 90017
    Telephone:  (213) 596-8000
 4  Facsimile:  (213) 596-8039

 5  Attorneys for Defendants and Counter-Claimants
    ARROWHEAD GENERAL INSURANCE
 6  AGENCY, INC., YOUZOOM, INC. and YOUZOOM
    INSURANCE SERVICES, INC.
 7

 8
                  UNITED STATES DISTRICT COURT
 9
                 SOUTHERN DISTRICT OF CALIFORNIA        BY FAX
10

11  WESTBOURNE INTERNATIONAL, INC., a )  CASE NO. 01 CV-1800 H (JFS)
    California corporation,           )
12                                    )  DEFENDANTS' NOTICE OF MOTION
              Plaintiff,              )  IN LIMINE TO PRECLUDE
13                                    )  PLAINTIFF'S EXPERT FROM GIVING
         vs.                          )  OPINION TESTIMONY ON
14                                    )  DEDUCTIBLE COSTS
    ARROWHEAD GENERAL INSURANCE       )
15  AGENCY, INC., a Minnesota corporation )  Date:  July 14, 2003
    YOUZOOM, INC., a California corporation, )  Time:  10:30 a.m.
16  and DOES 1 through 10, inclusive, )  Ctrm:  4/1
                                      )  Judge:  Hon. Marilyn L. Huff
17            Defendants.             )
    _____)  [Filed Concurrently with the Defendants'
18  AND RELATED CROSS-ACTION          )  Memorandum of Points And Authorities,
                                      )  Declaration of Richard C. Rey II and
19                                    )  [Proposed] Order]
                                      )
20  _____)

21         To PLAINTIFF AND ITS COUNSEL OF RECORD:

22         Please take notice that on July 14, 2003 at 10:30 a.m. in Courtroom 4/1 of the above-

23  entitle court, defendants Arrowhead General Insurance Agency, Inc., YouZoom, Inc. and

24  YouZoom Insurance Services, Inc. ("defendants") will move for an order precluding plaintiff's

25  damages expert, Robert Mills, from providing opinion testimony on deductible costs on the

26  grounds that his opinions and analysis are inconsistent with the correct legal standard adopted

27  by the Ninth Circuit and a majority of other circuits.  Specifically, Mr. Mills only deducts costs

28  based on an "incremental costs" approach instead of deducting costs based on whether they
```

FILED

03 JUN 23 PM 4:29

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _Ridgeway_ DEPUTY

-1-

01 CV 1800 H (JFS)

1 | related to or were of assistance in the allegedly infringing activities. His failure to employ the
2 | correct legal standard make his opinions inadmissible as a matter of law. FRE 702; and <u>Daubert
3 | v. Merrell Dow Pharmaceuticals, Inc.</u>, 509 U.S. 579, 589 (1993).
4 | This motion is based on the notice of motion and motion, the accompanying Memorandum of
5 | Points and Authorities and attached exhibits, the court's own records in this case and such other
6 | matters as the court may consider in ruling on this motion.

8 | Dated: June 23, 2003         WESTON & McELVAIN LLP

By: _____
Richard C. Rey II
Attorneys for Defendants and Counter-Claimants
ARROWHEAD GENERAL INSURANCE
AGENCY, INC., YOUZOOM, INC. and
YOUZOOM INSURANCE SERVICES, INC.

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 888 West Sixth Street, 15th Floor, Los Angeles, California 90017.

On **June 23, 2003**, I served the foregoing document described as **DEFENDANTS' NOTICE OF MOTION AND MOTION IN LIMINE TO PRECLUDE PLAINTIFF'S EXPERT FROM GIVING OPINION TESTIMONY ON DEDUCTIBLE COSTS** on all parties as indicated below:

> Gregory S. Dovel, Esq.
> Donald B. Rosen, Esq.
> Dovel & Luner, LLP
> 333 S. Grand Avenue, Suite 1560
> Los Angeles, CA 90071
> (213) 473-9888

[X]   by placing the true copies thereof enclosed in sealed envelopes addressed as stated above.

[_]   **BY MAIL as follows:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

[_]   **BY PERSONAL SERVICE:** I caused said envelope to be delivered to the offices of the addressee as designated above.

[_]   **BY FACSIMILE:**   I sent such document from facsimile machine (213) 596-8039 on June 23, 2003. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (213) 596-8039 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed above.

[X]   (Federal)   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **June 23, 2003**, at Los Angeles, California

_____
ANNE M. MORENO