USDC SCAN INDEX SHEET

















JOEH    7/16/03     13:55

3:01-CV-01800   WESTBOURNE INTL INC V. ARROWHEAD GENERAL

*297*

*MO.*

# Minutes of the United States District Court
## Southern District of California
### Friday, July 11, 2003

2001CV01800-H(JFS)

For the Honorable:   **Marilyn L. Huff   District Judge**

Deputy Clerk:   Thelma Mason     Court Reporter/ECR:  Nancy Cablay

On Calendar:

**2001CV01800-H(JFS)**          Westbourne Intl Inc  vs  Arrowhead Gener

Gregory S. Dovel   213 473-9888

Randy M. McElvain   213 596-8000

**STATUS CONF**

Minutes:

IN CHAMBERS TELEPHONIC:
STATUS HRG/MOTIONS IN LIMINE HRG - HELD

(210-1)To preclude evidence not disclosed prusuant to Rule 26 - DENIED
(213-1)To preclude evidence and argument that external factors influenced the design of dfts' RE2 program - DENIED
(214-1)To exclude evidence and testimony re pla's alleged damages for lost licensing fees - DENIED
(217-1)To preclude pla's expert from giving opinion testimony on deductible costs - DENIED
(220-1)To exclude all improper expert opinions and testimony by Dr. Ellis Horowitz of "copying" - DENIED
(224-1)For order to bifurcate the issues of copyrightability to be tried separately by this court - DENIED
(226-1)To exclude improper expert opinions of Martin Desmond re "copying" and substantial similiarity - DENIED
(230-1)To exclude all documents and testimony related to pla's dismissed claims for tortious interference - GRANTED IN PART & DENIED IN PART
(233-1)To exclude evidence of web pages created by Andrea Chin - DENIED
(236-1)To exclude evidence and testimony re pla's copyright registrations on the rate engine manual - GRANTED
(239-1)Re pla's evidence of purported gross revenue of Arrowhead - GRANTED
(242-1)For an order to bifurcate the issues of copyrightability to be tried separately by this court - DENIED
(244-1)To exclude all testimony and evidence related to the alleged rescission of an implied license to Arrowhead - DENIED AS MOOT
(247-1)To exclude Robert Mills expert opinion re his valuation of Youzoom Sales Leads - DENIED
(250-1)To exclude duplicative opinions of Martin Desmond and Ellis Horowitz at trial - DENIED

JURY TRIAL DATE OF 7-29-03 9AM - CONFIRMED (EST 8 DAYS)
COURT SETS TIMELIMITS: 18 HRS PER SIDE
PRETRIAL ORDER DUE 7-16-03

Printed:   07/15/2003   2:04 pm

Page 1 of 1