

```
KSR    8/14/03    13:02
3:01-CV-01800    WESTBOURNE INTL INC V. ARROWHEAD GENERAL
*308*
*NTCF.*
```



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTBOURNE INTERNATIONAL, INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> ARROWHEAD GENERAL INSURANCE AGENCY, INC., a Minnesota corporation; YOUZOOM, INC., a California corporation; and DOES 1 through 10, inclusive, <br><br> Defendant. | CASE NO. 01-CV-1800 H (JFS) <br><br> SPECIAL QUESTIONS |
| ARROWHEAD GENERAL INSURANCE AGENCY, INC.; YOUZOOM, INC., <br><br> Counter-claimants, <br><br> vs. <br><br> WESTBOURNE INTERNATIONAL, INC.; MARTIN DESMOND, <br><br> Counter-defendants. | |

We, the jury in the above entitled action, answer the special questions submitted to us as follows:

Question No. 1: Did Defendants' use of the Primerater rating engine in applications other than Winrater exceed the scope of the license held by Arrowhead?

Answer "yes" or "no"

Answer: ___yes___

- 1 -

01CV1800

1  Question No. 2: Is RE2 a derivative work that infringes Westbourne's copyright in the Primerater
2  rating engine?
3      Answer "yes" or "no"
4      Answer: _yes_
5  Have your foreperson sign and date this special verdict.
6  Date: 8/11/03

_/s/ Tracy Boyd_
FOREPERSON