








```
KSR    8/14/03    13:04
3:01-CV-01800   WESTBOURNE INTL INC V. ARROWHEAD GENERAL
*309*
*JYV.*
```



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTBOURNE INTERNATIONAL, INC., a California corporation,<br>　　　　　　　Plaintiff<br><br>vs.<br><br>ARROWHEAD GENERAL INSURANCE AGENCY, INC., a Minnesota corporation; YOUZOOM, INC., a California corporation,<br>　　　　　　　Defendants.<br><br>ARROWHEAD GENERAL INSURANCE AGENCY, INC.; YOUZOOM, INC.,<br>　　　Counter-claimants<br><br>vs<br><br>WESTBOURNE INTERNATIONAL, INC; MARTIN DESMOND,<br>　　　Counter-defendants. | CASE NO. 01CV1800-H(JFS)<br><br>GENERAL VERDICT |

We, the jury in the above entitled cause, find in favor of the plaintiff, Westbourne International, Inc. on plaintiff's claim of copyright infringement, and against the defendants, Arrowhead General Insurance Agency, Inc. and Youzoom, Inc., and award damages in the amount of $5,823,000.00.

DATED: 8/11/03
San Diego, California

　　　　　　　　　　　　　　　　　Foreperson of the Jury

309