USDC SCAN INDEX SHEET

















KSR 8/14/03 13:07

3:01-CV-01800 WESTBOURNE INTL INC V. ARROWHEAD GENERAL

*310*

*JYV.*

FILED
AUG 11 2003
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

WESTBOURNE INTERNATIONAL, INC., a California corporation,
Plaintiff

vs.

ARROWHEAD GENERAL INSURANCE AGENCY, INC., a Minnesota corporation; YOUZOOM, INC., a California corporation,
Defendants.

ARROWHEAD GENERAL INSURANCE AGENCY, INC.; YOUZOOM, INC.,
Counter-claimants

vs

WESTBOURNE INTERNATIONAL, INC; MARTIN DESMOND,
Counter-defendants.

CASE NO. 01CV1800-H(JFS)

GENERAL VERDICT
COUNTER-CLAIM

We, the jury in the above entitled cause, find in favor of the counter-defendants, Westbourne International, Inc. and Martin Desmond, and against the counter-claimants, Arrowhead General Insurance Agency, Inc. and Youzoom, Inc. on their counter-claim of copyright infringement, and award no damages.

DATED: 8/11/03
San Diego, California

Foreperson of the Jury

310