















KSR    8/14/03    13:14
3:01-CV-01800    WESTBOURNE INTL INC V. ARROWHEAD GENERAL
*311*
*JGM.*

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

WESTBOURNE INTERNATIONAL, INC., a
California corporation,

V.

ARROWHEAD GENERAL INSURANCE
AGENCY, INC.,  a Minnesota corporation;
YOUZOOM, INC., a California corporation.

**FILED**

AUG 14 2003

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____

## JUDGMENT IN A CIVIL CASE

**CASE NUMBER:**    01CV1800-H(JFS)

[X]     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury
has rendered its verdict.

[ ]     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or
heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that  based on the jury verdict, the Court finds that Plaintiff Westbourne
International, Inc. has established liability on its claim for copyright infringement against Arrowhead General
Insurance Angency, Inc. and YouZoom, Inc.   Plaintiff  shall recover from Defendants Arrowhead and Youzoom the
sum of $5,823,000. and its costs, together with interest thereon at the percentage rate as provided by law;

**IT IS FURTHER ORDERED AND ADJUDGED** that based on the jury verdict, the Court finds that Counter-
claimants Arrowhead and Youzoom shall take nothing on their counter-claim against Counter-defendants
Westbourne International, Inc. and Martin Desmond, and counter-defendants shall recover their costs.

| | |
|---|---|
| August 14, 2003 | W. Samuel Hamrick, Jr. |
| Date | Clerk |
| | Thelma Mason _Thelma Mason_ |
| | (By) Deputy Clerk |
| | ENTERED ON August 14, 2003 |

311