USDC SCAN INDEX SHEET

















KSR   10/3/03   14:32

3:01-CV-01800   WESTBOURNE INTL INC V. ARROWHEAD GENERAL

*337*

*O.*

FILED ORIGINAL

03 OCT -2 PH 3:01

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

BY FAX

| | |
|---|---|
| WESTBOURNE INTERNATIONAL, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARROWHEAD GENERAL INSURANCE AGENCY, INC., a Minnesota corporation YOUZOOM, INC., a California corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 01 CV-1800 H (JFS)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' LEAVE TO FILE MOTION FOR JUDGMENT AS A MATTER OF LAW IN EXCESS OF 25 PAGES BUT NOT TO EXCEED 35 PAGES<br><br>Ctrm: 4/1<br>Judge: Hon. Marilyn L. Huff |

337

-1-

01 CV 1800 H (JFS)

1   TO THE HONORABLE COURT:

2       Pursuant to the brief schedule previously set forth by this Court, Defendants Arrowhead

3   General Insurance Agency, Inc., YouZoom, Inc. and YouZoom Insurance Services, Inc.

4   ("Defendants") are to file their Motion for Judgment as a Matter of Law no later than October 6,

5   2003. Due to the complexity of the issues raised in that Motion, Defendants cannot comply with

6   the 25 pages limitation required under Southern District Court of California Local Rule 7.1 and

7   have requested that this Court extend the page limitation to 35 pages for this motion only.

8

9                                    **ORDER**

10      The Court hereby GRANTS Defendants' Leave to File Their Motion for Judgment as a

11  Matter of Law in Excess of 25 Pages But Not to Exceed 35 Pages.

12

13

14  Dated: _10 . 2_ , 2003          _____
                                    HONORABLE MARILYN L. HUFF
15                                  UNITED STATES DISTRICT COURT JUDGE

16

17  Respectfully submitted by:

18  WESTON & McELVAIN LLP

19

20  _____
         Richard C. Rey II
21  Attorneys for Defendants ARROWHEAD
    GENERAL INSURANCE AGENCY,
22  INC., YOUZOOM, INC. and YOUZOOM
    INSURANCE SERVICES, INC.
23

24

25

26

27

28

                              -2-

                                        01 CV 1800 H (JFS)

Case 3:01-cv-01800-H-JFS   Document 337   Filed 10/02/03   PageID.12752   Page 4 of 4

## *PROOF OF SERVICE*

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 888 West Sixth Street, 15th Floor, Los Angeles, California 90017.

     On **September 30, 2003,** I served the foregoing document described as **[PROPOSED] ORDER GRANTING DEFENDANTS' LEAVE TO FILE MOTION FOR JUDGMENT AS A MATTER OF LAW IN EXCESS OF 25 PAGES BUT NOT TO EXCEED 35 PAGES** on all parties as indicated below:

Gregory S. Dovel, Esq.
Dovel & Luner, LLP
333 S. Grand Avenue, Suite 1560
Los Angeles, CA 90071
(213) 473-9888

[X]    by placing the true copies thereof enclosed in sealed envelopes addressed as stated above.

[X]    **BY MAIL as follows:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

[ ]    **BY PERSONAL SERVICE:** I caused said envelope to be delivered to the offices of the addressee as designated above.

[X]    **BY FACSIMILE:** I sent such document from facsimile machine (213) 596-8039 on September 30, 2003. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (213) 596-8039 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed above.

[X]    (Federal)    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

     Executed on **September 30, 2003,** at Los Angeles, California

*Anne M. Moreno*
—————————————————
ANNE M. MORENO
